

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8850

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>Francisco Javier RODRIGUEZ Jr.,<br><br>              Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about October 15, 2007, within the Southern District of California, defendant Francisco Javier RODRIGUEZ Jr. did knowingly and intentionally import approximately 52.90 kilograms (116.38 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                                               Special Agent<br>
                                                                           U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH DAY OF OCTOBER 2007.

                                                                PETER C. LEWIS<br>
                                                                UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Francisco Javier RODRIGUEZ Jr.

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On October 15, 2007, at approximately 1606 hours, Francisco Javier RODRIGUEZ Jr. entered the United States at the Calexico, CA, West Port of Entry. RODRIGUEZ Jr. was the sole occupant driver of a 1987 Nissan Pathfinder.

At primary inspection, RODRIGUEZ Jr. gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) J. Carp. During questioning, RODRIGUEZ Jr. advised CBPO J. Carp that the vehicle belonged to his mother's boyfriend and he had been in Mexicali, Mexico visiting his grandmother. CBPO J. Carp noticed that RODRIGUEZ Jr. was nervous and could not sit still in his seat. While inspecting the vehicle SBPO J. Carp observed fresh scratches on the rims and the tires appeared to be over inflated. CBPO J. Carp referred RODRIGUEZ Jr. and the vehicle to secondary for a more intensive inspection.

In the vehicle secondary lot, Canine Enforcement Officer (CEO) D. Alba utilized his Narcotic Detector Dog, who alerted to the right side rear tire by sitting. A subsequent inspection of the vehicle revealed twenty-four (24) packages, which were discovered in specially built non-factory compartments within the tires of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 24 packages had a combined net weight of approximately 52.90 kilograms (116.38 pounds) of marijuana.

Rodriguez Jr. was arrested for importation of marijuana into the United States. RODRIGUEZ Jr. was advised of his rights, per Miranda. RODRIGUEZ Jr. stated that he understood his rights and was willing to answer questions without the presence of an attorney. RODRIGUEZ Jr. admitted knowledge of the marijuana concealed in the

vehicle and was to be paid $600.00 for the smuggling venture. RODRIGUEZ Jr. also admitted to receiving an up front smuggling fee of $40.00, which was in his possession.