1

**JODI D. THORP**
California State Bar No. 223663

2

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900

3

San Diego, California 92101-5008
Telephone:  (619) 234-8467

4

Facsimile:    (619) 687-2666
jodi_thorp@fd.org

5

6

Attorneys for Defendant Molina

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,              )     Case No. 07MJ8850
                                       )

12

       Plaintiff,                       )
                                       )

13

v.                                     )
                                       )     **NOTICE OF APPEARANCE**

14

FRANCISCO JAVIER RODRIGUEZ JR,         )
                                       )

15

       Defendant.                       )
                                       )

16

17

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jodi

18

D. Thorp, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19

above-captioned case.

20

                    Respectfully submitted,

21

22

23

Dated:  October 17, 2007                    _s/ Jodi D. Thorp_
                                            **JODI D. THORP**

24

                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant

25

                                            jodi_thorp@fd.org

26

27

28

1