1  **JODI D. THORP**
California State Bar No. 223663
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone:  (619) 234-8467
4  Facsimile:    (619) 687-2666
jodi_thorp@fd.org
5

6  Attorneys for Mr. Rodriguez

7

8                          UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )     Case No. 07mj8850
                                         )
12              Plaintiff,               )
                                         )
13  v.                                   )     PROOF OF SERVICE
                                         )
14  FRANCISCO JAVIER RODRIGUEZ JR.,      )
                                         )
15              Defendant.               )
                                         )
16

17            Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19  upon:

20            **United States Attorney**
              efile.dkt.nes@usdoj.gov
21

22  Dated: October 17, 2007                    _s/ Jodi D. Thorp_
                                               **JODI D. THORP**
23                                             Federal Defenders
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail: jodi_thorp@fd.org
26

27

28