FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ZF                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3097-DMS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FRANCISCO JAVIER RODRIGUEZ, JR, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant FRANCISCO JAVIER RODRIGUEZ, JR., did knowingly and intentionally import approximately 46.61 kilograms (approximately 104.74 pounds) (net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 13, 2007.

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/13/07