**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
jodi_thorp@fd.org

Attorneys for Defendant Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  07cr3097-DMS |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO CONTINUE |
| FRANCISCO JAVIER RODRIGUEZ JR., | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, and Federal Defenders of San Diego, counsel for Mr. Francisco Javier Rodriguez, along with Assistant United States Attorney Caroline Han, that the disposition hearing currently set for November 27, 2007,  be rescheduled to December 18, 2007 at 1:30 p.m.

DATED: <u>November 20, 2007</u>          <u>s/ Jodi D. Throp</u>
                                        **JODI D. THORP**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant Mr. Rodriguez

DATED:  <u>November 20, 2007</u>          <u>s/ Caroline Han</u>
                                        **CAROLINE HAN**
                                        Assistant United States Attorney