UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr3097 DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| **FRANCISCO JAVIER RODRIGUEZ JR.**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the joint motion (docket no. 10) requesting the continuance of the disposition hearing currently set for November 27, 2007 and continued to *December 18, 2007, at 1:30 p.m.* be **GRANTED**.

**IT IS SO ORDERED.**

DATED: November 21, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

06CR1480