JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
jodithorp@thorplawoffice.com

Attorneys for Mr. Rodriguez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3097-DMS |
| Plaintiff, ) | |
| v. ) | DATE: March 14, 2008 |
| FRANCISCO JAVIER RODRIGUEZ ) | TIME: 9:00 a.m. |
| Defendant. ) | |
| ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Mr. Rodriguez, along with Assistant United States Attorney Michelle Petit, that the sentencing hearing currently scheduled for March 14, 2008, be rescheduled to Friday**, May 2, 2008, at 9:00 a.m.** for sentencing hearing. The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:    March 13, 2008                /s/ Jodi D. Thorp
                                        **JODI D. THORP**
                                        Counsel for Mr. Rodriguez

DATED:    March 13, 2008                /s/ Michelle Petit
                                        **MICHELLE PETIT**
                                        Assistant United States Attorney