1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 223-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Mr. Rodriguez

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CASE NO. 07CR3097-DMS |
| )  | |
| 12         Plaintiff, ) | |
| )  | DATE: March 14, 2008 |
| 13 v. ) | |
| )  | TIME: 9:00 a.m. |
| 14 JAVIER RODRIGUEZ, ) | |
| )  | |
| 15         Defendant. ) | CERTIFICATE OF SERVICE |
| )  | |
| 16 ) | |
| ) | |

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:
19

20      Michelle Petit, Assistant Untied States Attorney
21

22

23

24 DATED:      March 13, 2008              /s/ Jodi D. Thorp
                                           JODI D. THORP
25                                         Counsel for Mr. Rodriguez

26

27

28