1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3097-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| **FRANCISCO JAVIER RODRIGUEZ**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the sentencing hearing

hearing currently set for March 14, 2008, be continued to May 2, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED:  March 13, 2008

_____

HON. DANA M. SABRAW
United States District Judge