JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
jodithorp@thorplawoffice.com

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07CR3097-DMS |
| Plaintiff, | |
| v. | DATE: April 30, 2008 |
| FRANCISCO JAVIER RODRIGUEZ | TIME: 9:00 a.m. |
| Defendant. | |
| | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Mr. Rodriguez, along with Assistant United States Attorney Michelle Petit, that the sentencing hearing currently scheduled for April 30, 2008, be rescheduled to Friday**, June 6, 2008, at 9:00 a.m.** for sentencing hearing. The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:   April 29, 2008         /s/ Jodi D. Thorp
                                **JODI D. THORP**
                                Counsel for Mr. Rodriguez

DATED:   April 29, 2008         /s/ Michelle Petit
                                **MICHELLE PETIT**
                                Assistant United States Attorney