1  **JODI DENISE THORP**
   California State Bar No. 223667
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169
   Fax: (619) 223-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Mr. Rodriguez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,        )    CASE NO. 07CR3097-DMS
                                      )
12 |        Plaintiff,                )
                                      )    DATE: April 30, 2008
13 | v.                               )
                                      )    TIME:  9:00 a.m.
14 | FRANCISCO JAVIER RODRIGUEZ JR.,  )
                                      )
15 |        Defendant.                )    CERTIFICATE OF SERVICE
                                      )
16                                    )
                                      )
17

18        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

   information and belief, and that a copy of the foregoing document has been served this day upon:
19

20
       Michelle Petit, Assistant Untied States Attorney
21

22

23

24 DATED:        April 29, 2008              /s/ Jodi D. Thorp
                                            JODI D. THORP
25                                          Counsel for Mr. Rodriguez

26

27

28