UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3097-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| **FRANCISCO JAVIER RODRIGUEZ**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the sentencing hearing hearing currently set for April 30, 2008, be continued to June 6, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED: April 29, 2008

_____
HON. DANA M. SABRAW
United States District Judge