1  **JODI DENISE THORP**
California State Bar No. 223663
2  427 C Street, Ste. 300
San Diego, California  92101-5008
3  Telephone:  (619) 233-3169
jodithorp@thorplawoffice.com
4

5  Attorneys for Mr. Rodriguez

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 07CR3097-DMS
                                    )   DATE:   June 6, 2008
12          Plaintiff,               )   TIME:   11:00 a.m.
                                    )
13 v.                                )   MOTION FOR ORDER TO SHORTEN TIME.
                                    )
14 FRANCISCO JAVIER RODRIGUEZ JR.,   )
                                    )
15          Defendant.               )
16 _____ )

17 TO:      KAREN HEWITT, UNITED STATES ATTORNEY;
          MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY:
18

19         The above-named defendant, by and through counsel, moves this Court for an order shortening

20 time in Defendant's sentencing memorandum to one (1) day, to be heard June 6, 2008, at 11:00 a.m., or as soon

21 thereafter as counsel may be heard, as defense counsel incorrectly calendered the sentencing memorandum

22 due date..

23
                                          Respectfully submitted,
24

25                                        s/ Jodi D. Thorp
   DATED: June 5, 2008                    JODI THORP
26                                        Attorneys for Mr. Rodriguez
                                          jodithorp@thorplawoffice.com
27

28