1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3097-DMS |
| Plaintiff, | ) ) | |
| | ) | DATE: June 6, 2008 |
| v. | ) ) | TIME: 9:00 a.m. |
| FRANCISCO JAVIER RODRIGUEZ JR., | ) ) | |
| Defendant. | ) ) | CERTIFICATE OF SERVICE |
| | ) ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Michelle Pettit, Assistant Untied States Attorney

DATED:     June 5, 2008          /s/ Jodi D. Thorp
                                  JODI D. THORP
                                  Counsel for Mr. Rodriguez