UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3097-DMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANCISCO JAVIER RODRIGUEZ JR., ) | **ORDER TO SHORTEN TIME** |
| ) | |
| Defendant. ) | |
| ) | |

      Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's sentencing memorandum be shortened to one (1) day, to be heard June 6, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard.

      **SO ORDERED.**

DATED: June 5, 2008

_____
HON. DANA M. SABRAW
United States District Judge